ANNA F. WILKINSON, Plaintiff, *v.* JACOB SCHWARTZ, Defendant.

*Adverse possession — actual exclusive possession by plaintiff and predecessor under claim of title and ownership — plaintiff has title in fee.*

Submission of a controversy upon an agreed statement of facts, pursuant to section 546 of the Civil Practice Act.

PER CURIAM. The parties hereto having submitted a controversy on agreed facts for the purpose of obtaining a determination as to the title of the property known as 483 Washington avenue, Albany, N. Y., and it appearing by said facts

---

* Amd. by Laws of 1919, chap. 548; since amd. by Laws of 1924, chap. 332.— [REP.

that the plaintiff and her predecessors in title have been in actual and exclusive possession of the premises in question under a claim of title and ownership exclusive of any other right for a period of over sixty years, and the plaintiff having contracted to sell and convey the said premises to the defendant upon the latter receiving an adjudication that the title is marketable, this court concludes that such title is marketable and the absolute fee thereof is vested in the plaintiff and that the plaintiff is entitled to a performance of the contract for the sale and purchase thereof, upon the performance by the plaintiff of the obligations imposed on her in and by the terms of such contract, and that judgment be entered accordingly without costs. All concur. Judgment directed in favor of the plaintiff, without costs.